IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSPIRATORS, | )<br>) |
| Plaintiffs, | )<br>) |
| v. | )  Civil Action No. 09-158J<br>) |
| DR. CHANDAN S. VORA, | )<br>) |
| Defendant. | ) |

MEMORANDUM AND ORDER OF COURT

By memorandum and order of court dated June 16, 2009 (the "June 2009 order"), the court dismissed Dr. Chandan S. Vora's purported "petition for removal" in the above-captioned matter for lack of jurisdiction and as otherwise frivolous. Dr. Vora then filed a motion to vacate the court's June 2009 order, which this court denied in a memorandum and order dated July 6, 2009.

On July 24, 2009, Dr. Vora appealed this court's decision to the United States Court of Appeals for the Third Circuit, and the matter currently is pending before the Third Circuit. Although this case is on appeal, Dr. Vora has filed in the district court a motion to stay (Document No. 10), a motion for an injunction and motion for stay order (Document No. 12), a second motion for an injunction and motion to maintain RICO claims (Document No. 13), and a motion to extend time to supplement petition for removal (Document No. 14).

As Dr. Vora's case currently is on appeal to the United

States Court of Appeals for the Third Circuit, this court lacks jurisdiction to consider the motions she filed in the district court, and they will be dismissed for lack of jurisdiction.

An appropriate order will follow.

O R D E R

AND NOW, this 6th day of October, 2009, for the reasons set forth in the memorandum above, IT IS ORDERED that defendant Chandan S. Vora's motion to stay (Document No. 10), motion for an injunction and motion for stay order (Document No. 12), motion for an injunction and motion to maintain RICO claims (Document No. 13), and motion to extend time to supplement petition for removal (Document No. 14) be, and the same hereby are, dismissed for lack of jurisdiction.

/s/ Gustave Diamond
Gustave Diamond
United States District Judge

cc: Dr. Chandan S. Vora
    511 Robb Avenue
    Johnstown, PA  15901

AO 72
(Rev 8/82)

- 2 -